UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Benjamin Salvador, et al.,**

    Plaintiffs,

  vs.          Case Number: 1:16cv784
              Judge Timothy S. Black

**JK Custom Builders, LLC, et al.,**

    Defendants.

### CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the complaint and summons to the defendants**.**  The requested service was sent by certified mail on September 7, 2016.  The receipts for certified mail are attached.


BY: s/Emily Bromwell Hiltz
   Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: JK Custom Builders LLC
Street, Apt. No.; or PO Box No.: 7129 Delisle Fourman Rd
City, State, ZIP+4: Arcanum, OH 45304

PS Form 3800, August 2006 — See Reverse for Instructions

7012 3460 0002 4847 1023

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: John Knight
Street, Apt. No.; or PO Box No.: 7129 Delisle Fourman Rd
City, State, ZIP+4: Arcanum, Ohio 45304

PS Form 3800, August 2006 — See Reverse for Instructions

7012 3460 0002 4847 1042